IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02948-RTG

AHMUAN WILLIAMS,

     Plaintiff,

v.

CITY OF AURORA,
JESSICA YATES, and
JOHN DOE,

     Defendants.

---

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Ahmuan Williams, who resides in Denver, Colorado, initiated this action *pro se* on October 23, 2024.  (ECF No. 1).  The Court issued an order to cure deficiencies on October 24, 2024.  (ECF No. 5).  On November 19, 2024, Plaintiff filed a Complaint (ECF No. 7) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 8).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the following submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __      is not submitted
(2)   X      affidavit in support of Application is not signed
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month

|       |     | period immediately preceding this filing |
|-------|-----|------------------------------------------|
| (4)   | __  | is missing certificate showing current balance in prison account |
| (5)   | _   | is missing required information. |
| (6)   | __  | is missing authorization to calculate and disburse filing fee payments |
| (7)   | __  | is missing an original signature |
| (8)   | __  | is not on proper form |
| (9)   | __  | names in caption do not match names in caption of complaint, petition or habeas application |
| (10)  | X   | other:  In the alternative, Plaintiff may pay the $405 filing and administration fee. |

**Complaint, Petition or Application**:

| (11) | __ | is not submitted |
|------|----|------------------|
| (12) | X  | is not on proper form |
| (13) | X  | is missing an original signature |
| (14) | __ | is incomplete |
| (16) | __ | names in caption do not match names in text |
| (17) | __ | addresses must be provided for all parties |
| (18) | __ | other: |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that in curing the deficiencies Plaintiff shall obtain and use the current, court-approved Complaint form and Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), both of which can be found, along with the applicable instructions, on the Court's website at www.cod.uscourts.gov.  The forms must be filled out in full.  The Complaint may not exceed thirty pages in length.  It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the Application to Proceed in District Court Without

Prepaying Fees or Costs (Long Form) (ECF No. 8) is denied with leave to file as a completed form.

DATED November 20, 2024.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge