IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02948-RTG

AHMUAN WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,
JESSICA YATES, Office of Attorney Admissions,
JESSICA YATES, Office of Attorney Regulation,
JOHN DOE, Unnamed Bar Applicant,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    Plaintiff's "Motion to Enjoin David Kaplan for Legal Malpractice Pursuant to Colo. Rev. Stat. § 13-80-108" (ECF No. 16) filed January 5, 2024, is **stricken.** David Kaplan is not a named defendant in this action. Plaintiff is advised that the operative pleading in this action is Plaintiff's Complaint filed December 15, 2024. (ECF No. 14). If Plaintiff wishes to file an amended Complaint adding a new defendant, he shall do so within **fifteen days of the date of this Minute Order**. Any amended pleading must name all defendants and include all of Plaintiff's claims. The Court will not consider piecemeal filings. If Plaintiff fails to file an amended Complaint within fifteen days of the date of this Minute Order, the Court will proceed to review the December 15 Complaint (ECF No. 14) pursuant to D.C.COLO.LCivR 8.1(a).

Dated:   January 6, 2025