# United States District Court
## for the
## District of Colorado

AHMUAN WILLIAMS, Plaintiff

v.

CITY OF AURORA,
Defendant.

JESSICA YATES, Office of Attorney Admissions, Defendant.

JESSICA YATES, Office of Attorney Regulation, Defendant.

JOHN DOE, Unnamed Bar Applicant, Defendant.

DAVID KAPLAN, Defendant

Case No.__24CV2948_
_____

### MOTION TO RESTRICT PUBLIC ACCESS TO CASE FILINGS PURSUANT TO D.C.COLO.LCIVR 7.2

Plaintiff, Ahmuan Williams, respectfully moves this Court to restrict public access (level 1) to all case filings in this matter pursuant to D.C.COLO.LCivR 7.2. In support of this motion, Plaintiff states as follows:

1. Plaintiff seeks Level 1 restriction on all filings in this case, including pleadings, motions, orders, and any associated exhibits.
2. The subject matter of this case directly pertains to Plaintiff's bar admission process, which is governed by the Colorado Rules of Civil Procedure. C.R.C.P. 206(6) mandates that all matters related to the bar admission process remain confidential. Given this statutory and procedural framework, public access to the case filings would undermine the confidentiality protections explicitly provided by Colorado law. COLO. R. CIV P. 206(6).
3. If public access is not restricted, Plaintiff will suffer significant harm.
4. Given the nature of the case, redaction or selective restriction of individual filings is impractical and insufficient to protect the confidentiality interest at stake. Full case

restriction is the only viable means to ensure compliance with C.R.C.P. 206(6) and prevent undue harm to Plaintiff.

5. Therefore, Plaintiff requests a Level 1 restriction. This level appropriately balances the need for confidentiality with the Court's access policies.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court enter an order restricting public access to all filings in this case at Level 1 pursuant to D.C.COLO.LCivR 7.2.

Dated: 02/13/2025

*/s/ Ahmuan Williams*

_____

Ahmuan Williams

## CERTIFICATE OF SERVICE

I certify that on February 13, 2025 a true and accurate copy of the **MOTION TO RESTRICT PUBLIC ACCESS TO CASE FILINGS PURSUANT TO D.C.COLO.LCIVR 7.2** was served on the other party by:

☐Hand Delivery, ☐Express Delivery ☒ E-mail, **or** ☐ United States first-class mail, postage pre-paid, and addressed to the following (include name and address):

Birkholz, Hollie
HBirkhol@auroragov.org

City of Aurora
ServiceOfProcess@auroragov.org

David Kaplan
kaplan@slhlegal.com

Lily Nierenberg
lily.nierenberg@coag.gov

_____
Ahmuan Williams

### STATEMENT REGARDING CONFERRAL EFFORTS

Plaintiff attempted to confer with opposing counsel regarding this motion pursuant to D.C.COLO.LCivR 7.1(a) but has not received a response. Given the Court's Minute Order dated January 6, 2025 (ECF No. 15), which states that no answer or other response from Defendants is required at this time, Plaintiff reasonably anticipates that opposing counsel may not respond. To avoid undue delay, Plaintiff files this motion without further waiting but remains open to addressing any concerns raised by Defendants.