# United States District Court
### for the
### District of Colorado

AHMUAN WILLIAMS, Plaintiff

v.

CITY OF AURORA,
Defendant.

JESSICA YATES, Office of Attorney
Admissions, Defendant.

Case No._24-CV-2948 __

JESSICA YATES, Office of Attorney
Regulation, Defendant.

JOHN DOE, Unnamed Bar Applicant,
Defendant.

## MOTION FOR ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT [27]

COMES NOW Plaintiff, Ahmuan Williams, proceeding pro se, respectfully moves this Honorable Court for an order addressing Plaintiff's pending Motion for Extension of Time to File Amended Complaint [27]. In support thereof, Plaintiff states as follows:

1. Plaintiff initiated this action on October 23, 2024, by filing the original complaint.

2. Plaintiff has made multiple filings, including amended complaints and motions, as reflected in the docket.

3. On March 17, 2025, Plaintiff filed a Motion for Extension of Time to File Amended Complaint [27].

1

4. As of the date of this filing, the Court has not issued an order on this motion. The due date for the amended complaint was on March 22, 2025.

5. Plaintiff contacted the Clerk's Office on March 21, 2025, at 10:38 AM MST and again on March 26, 2025, at 9:59 AM MST, to inquire about the status of this motion. The Clerk's Office confirmed that the case remains in Pro Se Review, a new procedural requirement instituted by the Court on December 1, 2024.

6. The United States District Court of Colorado changed its rules during this litigation to produce an unconstitutional result.

7. On December 1, 2024, the Court revised D.C.COLO.LCivR 8.1, introducing a Pro Se Review process that delays judicial action and tolling when an Article III judge is assigned. Article III judges are automatically assigned cases submitted by bar certified attorneys.

8. This procedural change disproportionately affects pro se litigants by setting a higher burden for case review, effectively obstructing the fundamental right of access to the courts.

9. The recent amendment to D.C.COLO.LCivR 8.1 unfairly burdens pro se litigants by imposing a mandatory review process that delays their cases and prevents opposing parties from responding until a judicial officer completes an initial evaluation, creating an unequal procedural barrier that does not apply to represented parties, effectively denying pro se litigants the same access to timely legal proceedings.

10. By withholding judicial engagement and tolling responses from defendants, the rule undermines the Sixth Amendment's guarantee that individuals have the right

to defend themselves in court without undue procedural burdens. This change places pro se litigants in a state of legal limbo, obstructing their ability to pursue justice efficiently and on equal footing with represented parties.

11. And, if this rule is interpreted to prevent judges from ruling on pending motions or to bar communication between parties for purposes of settlement or reconciliation, it would constitute a violation of the Sixth Amendment, which guarantees the right to self-representation.

12. The Court's non-responsiveness to Plaintiff's motion appears to be a direct result of this unconstitutional rule change, creating an unfair procedural delay.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court issue an order on Plaintiff's Motion for Extension of Time to File Amended Complaint [27], as the Court's delay in ruling has created uncertainty in the proceedings. Additionally, Plaintiff asks the Court to acknowledge the constitutional concerns raised by the recent amendment to D.C.COLO.LCivR 8.1 and to clarify whether this rule prevents judges from ruling on pending motions in pro se cases because an Article III judge cannot be assigned to the case. Finally, Plaintiff requests any further relief the Court deems just and proper to ensure fair and equitable proceedings.

Respectfully submitted this 26th day of March, 2025.

_[signature: ahmuawilliam]_
_____

Ahmuan Williams

## CERTIFICATE OF SERVICE

I certify that on March 26, 2025 a true and accurate copy of the **MOTION FOR ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT [27]** was served on the other party by:

☐Hand Delivery, ☐Express Delivery ☒ E-mail, **or** ☐ United States first-class mail, postage pre-paid, and addressed to the following (include name and address):

Bannon, Julie
Jbannon@auroragov.org

Melissa Holmes
mholmes@auroragov.org

David Kaplan
kaplan@slhlegal.com

Lily Nierenberg
lily.nierenberg@coag.gov

_/s/ Ahmuan Williams_
Ahmuan Williams