IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02948-RTG

AHMUAN WILLIAMS,

    Plaintiff,

v.

CITY OF AURORA,
JESSICA YATES, Office of Attorney Admissions,
JESSICA YATES, Office of Attorney Regulation,
JOHN DOE, Unnamed Bar Applicant,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    Plaintiff's March 26, 2025, Motion for Order on Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 29) is **granted** to the extent that is requests an extension of time to comply with the February 20, 2025, Order Directing Plaintiff to File Amended Complaint (ECF No. 25).   Plaintiff shall comply with the February 20, 2025, Order Directing Plaintiff to File Amended Complaint (ECF No. 25) **within thirty days of the date of this Minute Order**.   This action may be dismissed without further notice if Plaintiff fails to comply with the February 25 order to amend within the time allowed.

    Plaintiff's Notice to Dismiss Defendant David Kaplan Under Fed. R Civ. P. 41(a)(1) (ECF No. 28) is **denied as unnecessary**; Plaintiff may remove any parties including Defendant Kaplan in his amended pleading.

    Plaintiff's March 17, 2025, Motion to Extend Time (ECF No. 27) is **denied as moot**.

Dated:   April 3, 2025